# Court of Appeals
# of the State of Georgia

ATLANTA,____March 04, 2014____

*The Court of Appeals hereby passes the following order:*

**A14A1111. OLIVER WILLIAMS v. DANNIE THOMPSON, WARDEN.**

Oliver Williams was convicted of two counts of armed robbery, two counts of kidnapping, five counts of aggravated assault, five counts of false imprisonment, possession of a firearm during the commission of a crime, and possession of marijuana in 2006. His kidnapping convictions were reversed on appeal, but his other convictions were affirmed. See *Williams v. State*, 304 Ga. App. 787 (697 SE2d 911) (2010). Williams subsequently filed a petition for a writ of habeas corpus. After the superior court denied his petition, Williams appealed to this Court. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _03/04/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*